# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00433-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTHONY C. JONES,

    Defendant.

## MINUTE ORDER[1]

On August 17, 2012, the court conducted a setting conference with the parties appearing in chambers to reset the sentencing hearing in this matter. After conferring with the attorneys and with their consent,

**IT IS ORDERED** as follows:

1. That on **November 2, 2012**, commencing at 1:30 p.m., the court shall conduct the sentencing hearing in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: August 17, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.